MORRIS PETERSON
Robert McCoy, Bar No. 9121
Email: rrm@morrislawgroup.com
Rex D. Garner, Bar No. 9401
Email: rdg@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile:  (702) 474-9422

WELLS MARBLE & HURST, PLLC.
Walter D. Wilson, *(pro hac vice pending)*
Joshua P. Henry, *(pro hac vice pending)*
300 Concourse Boulevard, Suite 200
Ridgeland, MS 39157
Telephone: (601) 605-6900
Facsimile:  (601) 605-6901

Attorneys for Defendant Pacific
Life Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN C. TANKO, Ltd; BRIAN TANKO, and VICTORIA TANKO, <br><br> Plaintiffs, <br><br> v. <br><br> PACIFIC LIFE INSURANCE COMPANY; CBZ RETIREMENT SOLUTIONS, LLC; CORY ZIMET; ECONOMIC CONCEPTS, INC.; ECI PENSION SERVICES, LLC; MEDALIST PENSION ADVISORS, LLC; PENSION STRATEGIES, IBP, LLC, and KENNETH R. HARSTEIN, <br><br> Defendants | CASE NO: 2:11-cv-02073-GMN-GWF <br><br> **DEFENDANT PACIFIC LIFE INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND OPPOSE MOTION TO DISQUALIFY** <br><br> (FIRST REQUEST) |

Defendant Pacific Life Insurance Company ("Pacific Life") moves the Court for an extension of time to respond to Plaintiffs' complaint up to and including January 16, 2012 pursuant to LR 6-1. This is the first extension requested concerning this matter. Plaintiffs' counsel has informed Pacific Life's

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

counsel that there is no opposition to this request and that it would extend to the other served defendant, Pension Strategies, IBP, LLC.

On November 14, 2011, Plaintiffs commenced this action by filing a complaint in the Eighth Judicial District Court, Clark County, Nevada. On December 22, 2011, Pacific Life removed this action to federal court and all other defendants consented to the removal.

Pacific Life requests an extension of time because of the Christmas and New Year holidays. This request is made in good faith and not made for the purpose of undue delay. Therefore, Pacific Life respectfully requests that the Court grant its motion.

MORRIS PETERSON

By: /s/Rex D. Garner
Robert McCoy, Bar No. 9121
Rex D. Garner, Bar No. 9401
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Attorneys for Defendant
Pacific Life Insurance Company

## ORDER

It is so ordered. Defendants Pacific Life and Pension Strategies, IBP, LLC shall have up to and including January 16, 2012 to answer or otherwise respond to the Complaint.

**DATED** this 23rd day of December, 2011.

_____
Gloria M. Navarro
United States District Judge

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422