MORRIS PETERSON
Robert McCoy, Bar No. 9121
Email: rrm@morrislawgroup.com
Rex D. Garner, Bar No. 9401
Email: rdg@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

WELLS MARBLE & HURST, PLLC.
Walter D. Willson, (admitted *pro hac vice*)
Kenna L. Mansfield, (admitted *pro hac vice*)
Joshua P. Henry, (admitted *pro hac vice*)
300 Concourse Boulevard, Suite 200
Ridgeland, MS 39157
Telephone: (601) 605-6900
Facsimile: (601) 605-6901

Attorneys for Defendant Pacific Life Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRIAN C. TANKO, Ltd; BRIAN TANKO, and VICTORIA TANKO,

Plaintiffs,

v.

PACIFIC LIFE INSURANCE COMPANY; CBZ RETIREMENT SOLUTIONS, LLC; CORY ZIMET; ECONOMIC CONCEPTS, INC.; ECI PENSION SERVICES, LLC; MEDALIST PENSION ADVISORS, LLC; PENSION STRATEGIES, IBP, LLC, and KENNETH R. HARSTEIN,

Defendants

CASE NO: 2:11-cv-02073-GMN-GWF

**DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

**(THIRD REQUEST)**

Defendants move the Court for an extension of time to respond to Plaintiffs' complaint up to and including March 15, 2012 pursuant to LR 6-1. This is the third extension requested concerning this matter. Plaintiffs' counsel has informed Pacific Life's counsel that there is no opposition to this request and that it would extend to the other served defendants to this cause.

On November 14, 2011, Plaintiffs commenced this action by filing a complaint in the Eighth Judicial District Court, Clark County, Nevada. On December 22, 2011, Pacific Life removed this action to federal court and all other defendants consented to the removal. The parties have since conferred in good faith and are presently discussing the potential for an early resolution of this matter.

This request for an extension is made in good faith and not made for the purpose of undue delay. Therefore, the Defendants respectfully request that the Court grant its motion..

Respectfully submitted:

MORRIS PETERSON

By: /s/ Rex D. Garner
Robert McCoy, Bar No. 9121
Rex D. Garner, Bar No. 9401
300 South Fourth Street, Ste. 900
Las Vegas, Nevada 89101

Attorneys for Defendant Pacific Life Insurance Company

LOVAAS & LEHTINEN, P.C.

By: /s/ Aaron D. Lovaas
Aaron D. Lovaas, Bar No. 5701
6128 West Sahara Avenue
Las Vegas, Nevada 89146

Attorney for Pension Strategies, IBP, LLC

WILSON ELSER

By: /s/David Kahn
David Kahn, Bar No. 7038
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101

Attorney for Defendants Economic Concepts, Inc.; ECI Pension Services, LLC; Medalist Pension Advisors, LLC and Kenneth R. Harstein

**ORDER**

It is so ordered. All served Defendants shall have up to and including March 15, 2012 to answer or otherwise respond to the Complaint.

Dated: February 15, 2012.

George Foley Jr.
UNITED STATES MAGISTRATE JUDGE



MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of MORRIS PETERSON, that I am familiar with the firm's practice of collection and processing documents for mailing; that, in accordance therewith, I caused the following document to be deposited with the U.S. Postal Service at Las Vegas, Nevada, in a sealed envelope, with first class postage prepaid, on the date and to the addressee(s) shown below: **DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

TO:

P. Sterling Kerr
Law Offices of P. Sterling Kerr
2450 St. Rose Parkway, Ste. 120
Henderson, Nevada 89074
Email: psklaw@aol.com

*Attorney for Plaintiffs*

David Kahn
Wilson Elser
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101

Robert J. D'Anniballe, Jr.
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
200 Stanton Blvd., Suite 100
Steubenville, Ohio 43952

*Attorneys for Defendants Economic Concepts, Inc.; ECI Pension Services, LLC; Medalist Pension Advisors, LLC and Kenneth R. Harstein*

Marc S. Cwik
Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, Nevada 89118
Email: cwik@lbbslaw.com

*Attorneys for Defendants CBZ Retirement Solutions, LLC and Cory Zimet*

Aaron D. Lovaas
Lovaas & Lehtinen
6128 West Sahara Avenue
Las Vegas, Nevada 89146

James F. Polese
Gammage & Burnham, PLC
Two North Central, 15th Floor
Phoenix, Arizona 85004

*Attorneys for Defendant Pension Strategies, IBP, LLC*

Dated this 14th day of February, 2012.

By: [signature]

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422