MORRIS LAW GROUP
Robert McCoy, Bar No. 9121
Email: rrm@morrislawgroup.com
Rex D. Garner, Bar No. 9401
Email: rdg@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

WELLS MARBLE & HURST, PLLC.
Kenna L. Mansfield (admitted *pro hac vice*)
Walter D. Willson (admitted *pro hac vice*)
Joshua P. Henry (admitted *pro hac vice*)
300 Concourse Boulevard, Suite 200
Ridgeland, MS 39157
Telephone: (601) 605-6900
Facsimile: (601) 605-6901

Attorneys for Defendant Pacific
Life Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN C. TANKO, Ltd; BRIAN TANKO, and VICTORIA TANKO,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC LIFE INSURANCE COMPANY; CBZ RETIREMENT SOLUTIONS, LLC; CORY ZIMET; ECONOMIC CONCEPTS, INC.; ECI PENSION SERVICES, LLC; MEDALIST PENSION ADVISORS, LLC; PENSION STRATEGIES, IBP, LLC, and KENNETH R. HARSTEIN,<br><br>Defendants | CASE NO: 2:11-cv-02073-GMN-GWF<br><br>**DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FOURTH REQUEST)** |

Defendants move the Court for an extension of time to respond to Plaintiffs' complaint up to and including March 29, 2012 pursuant to LR 6-1. The parties are diligently working to reach an early resolution of this dispute. As such, this is the fourth extension requested concerning this

1

matter. There will not be another request for an extension of time in which to respond to the Complaint. Plaintiffs' counsel has informed Pacific Life's counsel that there is no opposition to this request and that it would extend to the other served defendants to this cause.

On November 14, 2011, Plaintiffs commenced this action by filing a complaint in the Eighth Judicial District Court, Clark County, Nevada. On December 22, 2011, Pacific Life removed this action to federal court and all other defendants consented to the removal. The parties have since conferred in good faith and are presently discussing the potential for an early resolution of this matter.

This request for an extension is made in good faith and not made for the purpose of undue delay. Therefore, the Defendants respectfully requests that the Court grant its motion.

Respectfully submitted:

MORRIS LAW GROUP

By: /s/ Rex D. Garner
   Robert McCoy, Bar No. 9121
   Rex D. Garner, Bar No. 9401
   300 South Fourth Street, Ste. 900
   Las Vegas, Nevada 89101

Attorneys for Defendant Pacific Life Insurance Company

WILSON ELSER

By: /s/ David Kahn
   David Kahn, Bar No. 7038
   300 South Fourth Street, 11th Floor
   Las Vegas, Nevada 89101

Attorney for Defendants Economic Concepts, Inc.; ECI Pension Services, LLC; Medalist Pension Advisors, LLC and Kenneth R. Harstein

LOVAAS & LEHTINEN, P.C.

By: /s/ Aaron D. Lovaas
   Aaron D. Lovaas, Bar No. 5701
   6128 West Sahara Avenue
   Las Vegas, Nevada 89146

Attorney for Pension Strategies, IBP, LLC

## ORDER

It is so ordered. All served Defendants shall have up to and including March 29, 2012 to answer or otherwise respond to the Complaint.

Dated: March 16, 2012.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge

3