MORRIS LAW GROUP
Robert McCoy, Bar No. 9121
Email: rrm@morrislawgroup.com
Rex D. Garner, Bar No. 9401
Email: rdg@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile:  (702) 474-9422

WELLS MARBLE & HURST, PLLC.
Kenna L. Mansfield (admitted *pro hac vice*)
Walter D. Willson (admitted *pro hac vice*)
Joshua P. Henry (admitted *pro hac vice*)
300 Concourse Boulevard, Suite 200
Ridgeland, MS 39157
Telephone: (601) 605-6900
Facsimile:  (601) 605-6901

Attorneys for Defendant Pacific
Life Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN C. TANKO, Ltd; BRIAN TANKO, and VICTORIA TANKO,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC LIFE INSURANCE COMPANY; CBZ RETIREMENT SOLUTIONS, LLC; CORY ZIMET; ECONOMIC CONCEPTS, INC.; ECI PENSION SERVICES, LLC; MEDALIST PENSION ADVISORS, LLC; PENSION STRATEGIES, IBP, LLC, and KENNETH R. HARSTEIN,<br><br>Defendants | CASE NO: 2:11-cv-02073-GMN-GWF<br><br>**DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIFTH REQUEST)** |

Insofar as a global resolution of this case appears to be imminent, Defendants move the Court for a one week extension of time to respond to Plaintiffs' complaint up to and including April 5, 2012 pursuant to LR 6-1.  The parties have been diligently working to reach an early

1

resolution of this dispute. It now appears that a global resolution of this case is imminent. As such, a one week extension is requested concerning this matter. Plaintiffs' counsel has no objection to this request.

On November 14, 2011, Plaintiffs commenced this action by filing a complaint in the Eighth Judicial District Court, Clark County, Nevada. On December 22, 2011, Pacific Life removed this action to federal court and all other defendants consented to the removal. The parties have since conferred in good faith and are presently discussing the potential for an early resolution of this matter, which now appears to be imminent.

This request for an extension is made in good faith and not made for the purpose of undue delay. Therefore, the Defendants respectfully requests that the Court grant its motion.

Respectfully submitted:

MORRIS LAW GROUP

By: /s/ Rex D. Garner
    Robert McCoy, Bar No. 9121
    Rex D. Garner, Bar No. 9401
    300 South Fourth Street, Ste. 900
    Las Vegas, Nevada 89101

Attorneys for Defendant Pacific Life Insurance Company

WILSON ELSER

By: /s/David Kahn
    David Kahn, Bar No. 7038
    300 South Fourth Street, 11th Floor
    Las Vegas, Nevada 89101

Attorney for Defendants Economic Concepts, Inc.; ECI Pension Services, LLC; Medalist Pension Advisors, LLC and Kenneth R. Harstein

LOVAAS & LEHTINEN, P.C.

By: /s/ Aaron D. Lovaas
    Aaron D. Lovaas, Bar No. 5701
    6128 West Sahara Avenue
    Las Vegas, Nevada 89146

Attorney for Pension Strategies, IBP, LLC

**ORDER**

It is so ordered. All served Defendants shall have up to and including April 5, 2012 to answer or otherwise respond to the Complaint.

Dated: March 30, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of MORRIS LAW GROUP, and that the following documents were served via electronic service: **DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (FIFTH REQUEST)**

TO:

P. Sterling Kerr
Law Offices of P. Sterling Kerr
2450 St. Rose Parkway, Ste. 120
Henderson, Nevada 89074
Email: psklaw@aol.com

*Attorney for Plaintiffs*

David Kahn
Wilson Elser
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101

Robert J. D'Anniballe, Jr.
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
200 Stanton Blvd., Suite 100
Steubenville, Ohio 43952

*Attorneys for Defendants Economic Concepts, Inc.; ECI Pension Services, LLC; Medalist Pension Advisors, LLC and Kenneth R. Harstein*

Marc S. Cwik
Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, Nevada 89118
Email: cwik@lbbslaw.com

*Attorneys for Defendants CBZ Retirement Solutions, LLC and Cory Zimet*

Aaron D. Lovaas
Lovaas & Lehtinen
6128 West Sahara Avenue
Las Vegas, Nevada 89146

James F. Polese
Gammage & Burnham, PLC
Two North Central, 15th Floor
Phoenix, Arizona 85004

*Attorneys for Defendant Pension Strategies, IBP, LLC*

Dated this 29th day of March, 2012.

By: /s/ [signature]