```
 1 │ VDSM
   │ P. STERLING KERR, ESQ.
 2 │ Nevada Bar No. 3978
   │ BRANDON McDONALD, ESQ.
 3 │ Nevada Bar No. 11206
   │ LAW OFFICES OF P. STERLING KERR
 4 │ 2450 St. Rose Parkway, Suite 120
   │ Henderson, Nevada 89074
 5 │ Telephone No. (702) 451-2055
   │ Facsimile No. (702) 451-2077
 6 │ Email: psklaw@aol.com
   │ Attorneys for Plaintiff
 7 │
 8 │
 9 │              UNITED STATES DISTRICT COURT
   │                  DISTRICT OF, NEVADA
10 │
11 │
   │ BRIAN C. TANKO, Ltd.; BRIAN         )   CASE NO. 2:11-cv-02073-GMN-GWF
12 │ TANKO and VICTORIA TANKO,           )
   │ husband and wife,                   )
13 │                                     )
   │      Plaintiffs,                    )
14 │                                     )
   │ vs.                                 )
15 │                                     )
   │ PACIFIC LIFE INSURANCE COMPANY,)
16 │ CBZ RETIREMENT SOLUTIONS, LLC, )
   │ COREY ZIMET, ECONOMIC               )
17 │ CONCEPTS, INC., ECI PENSION         )
   │ SERVICES, LLC, MEDALIST PENSION )
18 │ ADVISORS, LLC, PENSION              )
   │ STRATEGIES, IBP, LLC, and KENNETH )
19 │ R. HARSTEIN                         )
   │                                     )
20 │      Defendants.                    )
   │ _____ )
21 │
   │            **VOLUNTARY DISMISSAL WITH PREJUDICE**
22 │
   │                    **AND ORDER THEREON**
23 │
24 │
   │      Plaintiffs, BRIAN C. TANKO, Ltd.; BRIAN TANKO, and VICTORIA TANKO, by and
25 │
   │ through their counsel of record, the Law Offices of P. Sterling Kerr, hereby voluntarily dismiss the
26 │
27 │
28 │                                         1
```

following Defendants PACIFIC LIFE INSURANCE COMPANY, CBZ RETIREMENT SOLUTIONS, LLC., COREY ZIMET, ECONOMIC CONCEPTS, INC., ECI PENSION SERVICES, LLC,MEDALIST PENSION ADVISORS, LLC, PENSION STRATEGIES, IBP, LLC, and KENNETH R. HARSTEIN in the above-entitled action with prejudice. Each side to bear their own attorneys fees and cost.

DATED this 26th day of April, 2012.

LAW OFFICES OF P. STERLING KERR

By: /s/ P. Sterling Kerr
P. STERLING KERR, #3978
BRANDON B. McDONALD, #11206
St. Rose Parkway, Suite 120
Henderson, NV 89074
Attorney for Plaintiff
(702) 451-2055

# ORDER

Good cause appearing, the above-captioned matter is hereby dismissed in its entirety with prejudice.

**DATED** this 26th day of April, 2012.

Gloria M. Navarro
United States District Judge

Submitted by:

LAW OFFICES OF P. STERLING KERR

By: /s/ P. Sterling Kerr
P. STERLING KERR, ESQ., #3978
BRANDON B. McDONALD, ESQ. #11206
2450 St. Rose Parkway., Suite 120
Henderson, NV 89074
Attorney for Plaintiff